# United States District Court
# for the Southern District of Georgia
# Savannah Division

```
CEDRIC JERMAINE MANIOR,        )
                               )
    Plaintiff,                 )
                               )
v.                             )    CV418-031
                               )
CORRECT HEALTH and             )
CHATHAM COUNTY DETENTION       )
CENTER,                        )
                               )
    Defendants.                )
```

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 9, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

**SO ORDERED** this 21 day of August, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)